# UNITED STATES DISTRICT COURT

# FOR THE WESTERN DISTRICT OF NORTH CAROLINA

# CHARLOTTE DIVISION

UNITED STATES OF AMERICA

V.   CASE NUMBER: 3:01CR36-07-FDW

IAN ANDRE PERSAUD

THIS MATTER is before the Court on Court's Order granting Petitioner's Petition for Writ of Habeas Corpus, filed 06/05/2019 directing defendant to be resentenced.

**NOW, THEREFORE, IT IS ORDERED** that:

The Bureau of Prisons and the United States Marshals service is hereby ORDERED to transport and produce the body of IAN ANDRE PERSAUD (USM# 16573-058), for resentencing before the honorable Frank D. Whitney, in the Western District of North Carolina, Charlotte, North Carolina not later than July 31, 2019, and upon completion of the resentencing hearing, Defendant is to be returned to the custody of the Bureau of Prisons.

The Clerk is directed to certify copies of this Order to the United States Attorney, Defendant's Counsel, the United States Marshal Service, and the United States Probation Office.

IT IS SO ORDERED.

Signed: July 3, 2019

Frank D. Whitney
Chief United States District Judge